UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2009 APR 28  P 4: 11

LINDA M. LUCAS, ET AL

VERSUS

OLD NAVY, L.L.C. F/K/A
OLD NAVY, INC.

CIVIL ACTION

NO. 07-571-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 26, 2009. Plaintiffs has filed an objection and the defendant has filed a response which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment filed by defendant Old Navy, L.L.C. will be granted.

Baton Rouge, Louisiana, April 23, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA